IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:10CR240** |
| vs. | ) | |
| | ) | **ORDER** |
| **SARAH L. FINCH,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

      This matter is before the court on the defendant's unopposed motion to continue trial [18]. For good cause shown,

    **IT IS ORDERED** that the motion to continue trial is granted, as follows:

    1. The jury trial now set for December 20, 2011 is continued to **February 28, 2012.**

    2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **December 20, 2011 and February 28, 2012**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

    **DATED December 2, 2011.**

                                                **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**